FILED
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RAYMOND CALUORI,

    Plaintiff

v.

ONE WORLD TECHNOLOGIES, INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO. CV 07-2035 CAS (VBKx)

**SPECIAL VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

    WE, THE JURY, in the above-entitled action, unanimously find the following Special Verdict on the following questions submitted to us:

i

# I.    INFRINGEMENT

## Question Nos. 1(a)-(j)

Has Mr. Caluori proven that it is more likely than not that One World's laser device meets each and every requirement of any of the following claims of the '727 patent?

A "Yes" answer is a finding for Mr. Caluori.

A "No" answer is a finding for One World.

(a)    <u>Claim 1:</u>  Answer: _____No_____
(Yes or No)

Answer Question Nos. 1(b)-(j) ONLY if you answered "Yes" to Question No. 1(a) above.  If you answered "No" to Question No. 1(a), do not answer Question Nos. 1(b)-(j) and proceed to Section II.

(b)    <u>Claim 2:</u>  Answer: _____
(Yes or No)

(c)    <u>Claim 5:</u>  Answer: _____
(Yes or No)

(d)    <u>Claim 6:</u>  Answer: _____
(Yes or No)

(e)    <u>Claim 11:</u>  Answer: _____
(Yes or No)

(f)    <u>Claim 12:</u>  Answer: _____
(Yes or No)

ii

(g)    Claim 13:  Answer: _____

(Yes or No)

(h)    Claim 14:  Answer: _____

(Yes or No)

(i)    Claim 15:  Answer: _____

(Yes or No)

(j)    Claim 16:  Answer: _____

(Yes or No)

Proceed to Section II.

## II.   **INVALIDITY:  ANTICIPATION**

Answer Question Nos. 2(a)-(j) ONLY if you answered "Yes" to Question No. 1(a).  If you answered "No" to Question No. 1(a), do not answer Question Nos. 2(a)-(j) and proceed to Section III.

### **Question Nos. 2(a)-(j)**

Has One World proven that it is highly probable that any of the following claims of the '727 patent were "anticipated" by One World's prototype or, in other words, not new?

A "Yes" answer is a finding for One World.

A "No" answer is a finding for Mr. Caluori.

(a)   Claim 1:  Answer: _____
                                 (Yes or No)

(b)   Claim 2:  Answer: _____
                                 (Yes or No)

(c)   Claim 5:  Answer: _____
                                 (Yes or No)

(d)   Claim 6:  Answer: _____
                                 (Yes or No)

(e)   Claim 11:  Answer: _____
                                 (Yes or No)

iv

(f)   <u>Claim 12:</u>  Answer: _____

(Yes or No)

(g)   <u>Claim 13:</u>  Answer: _____

(Yes or No)

(h)   <u>Claim 14:</u>  Answer: _____

(Yes or No)

(i)   <u>Claim 15:</u>  Answer: _____

(Yes or No)

(j)   <u>Claim 16:</u>  Answer: _____

(Yes or No)

Proceed to Section III.

## III.   INVALIDITY: OBVIOUSNESS

### Question Nos. 3(a)-(j)

Has One World proven that it is highly probable that any of the following claims of the '727 patent is invalid because it is obvious in light of the prior art?

A "Yes" answer is a finding for One World.

A "No" answer is a finding for Mr. Caluori.

(a)   Claim 1:  Answer: ___Yes___
      (Yes or No)

(b)   Claim 2:  Answer: ___Yes___
      (Yes or No)

(c)   Claim 5:  Answer: ___Yes___
      (Yes or No)

(d)   Claim 6:  Answer: ___Yes___
      (Yes or No)

(e)   Claim 11:  Answer: ___Yes___
      (Yes or No)

(f)   Claim 12:  Answer: ___Yes___
      (Yes or No)

(g)   Claim 13:  Answer: ___Yes___
      (Yes or No)

(h)   Claim 14:  Answer: ___Yes___
      (Yes or No)

(i)   Claim 15:  Answer: ___Yes___
      (Yes or No)

(j)   <u>Claim 16:</u>  Answer: ___Yes_____

(Yes or No)

Proceed to Section IV.

## IV.    **INVALIDITY: INVENTORSHIP**

### Question Nos. 4(a)-(d)

Has One World proven that it is highly probable that any of the following individuals significantly contributed to the conception of one or more claims of the '727 patent?

A "Yes" answer is a finding for One World.

A "No" answer is a finding for Mr. Caluori.

4(a)    Richard Albrecht:    Answer: ___YES___
                                            (Yes or No)

4(b)    James Baird:    Answer: ___YES___
                                    (Yes or No)

4(c)    Carlos Barberis:    Answer: ___No___
                                        (Yes or No)

4(d)    John Sandor:    Answer: ___No___
                                    (Yes or No)

Proceed to Section V.

viii

## V.   UNENFORCEABILITY: INEQUITABLE CONDUCT

### Question Nos. 5(a)-(b)

Has One World proven that, more likely than not, either of the following undisclosed pieces of prior art would have been material to the patentability of the claims of the '727 patent?

A "Yes" answer is a finding for One World.

A "No" answer is a finding for Mr. Caluori.

5(a)   Original BladePoint device:

Answer: ____No____
(Yes or No)

5(b)   NVG laser documents:

Answer: ____No____
(Yes or No)

## Question Nos. 5(c)-(d)

Has One World proven that it is highly probable that either of the following pieces of prior art was withheld from the Patent Office with an intent to deceive?

A "Yes" answer is a finding for One World.

A "No" answer is a finding for Mr. Caluori.

5(c)   Original BladePoint device:

Answer: ___No___
(Yes or No)

5(d)   NVG laser documents:

Answer: ___No___
(Yes or No)

x

## Question Nos. 5(e)-(h)

If you found that any of the individuals below significantly contributed to the conception of one or more claims of the '727 patent, was the failure to list that individual as an inventor on the '727 patent done with an intent to deceive the Patent Office?

A "Yes" answer is a finding for One World.

A "No" answer is a finding for Mr. Caluori.

5(e)   Richard Albrecht:   Answer:   _____No_____
                                      (Yes or No)

5(f)   James Baird:   Answer:   _____No_____
                                (Yes or No)

5(g)   Carlos Barberis:   Answer:   _____No_____
                                    (Yes or No)

5(h)   John Sandor:   Answer:   _____No_____
                                (Yes or No)

Proceed to Section VI.

xi

## VI.  DAMAGES

If you answered "Yes" to Question 1(a) and did not find that all of the asserted claims of the '727 patent are either invalid or unenforceable, proceed to answer Question 6.  If you did not so answer, do not answer Question 6 and proceed to check and sign the verdict form.

### Question No. 6

What has Mr. Caluori proved he is entitled to as a reasonable royalty:

(a)    an ongoing royalty payment of $_____ per unit sold;

OR

(b)    a one-time payment of $_____ for the life of the '727 patent.

1  ****************************************************************

2              You have now reached the end of the verdict form and should

3      review it to ensure it accurately reflects your unanimous

4      determinations.  The Presiding Juror should then sign and date

5      the verdict form in the spaces below and notify the Security

6      Guard that you have reached a verdict.  The Presiding Juror

7      should retain possession of the verdict form and bring it when

8      the jury is brought back into the courtroom.

9  ****************************************************************

10

11  Dated this _____19_____ day of June, 2012.