UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND CALUORI,<br><br>             Plaintiff,<br><br>vs.<br><br>ONE WORLD TECHNOLOGIES, INC.,<br><br>             Defendants. | Case No. CV 07-2035 CAS (VBKx)<br><br>**ORDER ENTERING JUDGMENT IN FAVOR OF DEFENDANT** |

**JUDGMENT**

This action between plaintiff Raymond Caluori ("Mr. Caluori") and defendant One World Technologies, Inc. ("One World") came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict in favor of One World. Based on the jury's verdict (Dkt. No. 276), IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. One World's accused laser device does not infringe independent claim 1 of U.S. Patent 6,915,727 ("the '727 patent") and therefore, does not infringe the remainder of the asserted claims – dependent claims 2, 5, 6, 11, 12, 13,

14, 15 and 16 – each of which depends from claim 1;

2. Claims 1, 2, 5, 6, 11, 12, 13, 14, 15, and 16 of the '727 patent are invlaid as obvious in light of the prior art; and

3. The '727 patent is invalid based on Mr. Caluori's failure to name all proper inventors on the '727 patent, including Richard Albrecht and James Baird.

This judgment in favor of One World is final for purposes of appeal. Pursuant to Local Rule 54-3, within fifteen (15) days after entry of this Judgment, One World shall electronically file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs on Form CV-59.

BY THE COURT:

Dated: July 19, 2012

*Christina A. Snyder*

_____
Christina A. Snyder
United States District Judge